27BF, SC, WILLOUGHBY

# U.S. District Court
## Alabama Middle District (Montgomery)
### CRIMINAL DOCKET FOR CASE #: 2:93-cr-00310-MHT-DRB-4
### Internal Use Only

05-736

Case title: USA v. Williams et al     Date Filed: 12/08/1993

Assigned to: Honorable Myron H. Thompson
Referred to: Honorable Delores R. Boyd

**Defendant**

**Arlutha W. Smiley** (4)
*TERMINATED: 04/05/2005*

represented by **Steven Anthony Higgins**
Nix Holtsford Gilliland Higgins & Hitson PC
PO Box 4128
Montgomery, AL 36103-4128
334-215-8585
Fax: 334-215-7101
Email: thiggins@nixholtsford.com
*TERMINATED: 04/05/2004*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Pending Counts**

21:846 CONSPIRACY: DISTB
COCAINE/COCAINE BASE;
FORFEITURE
(1)

**Disposition**

235 Mos Imp; 5 Yrs Sup Rel; $50SA

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**              **Disposition**

None

**Plaintiff**

USA    represented by    **Terry F. Moorer**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: terry.moorer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/1993 | 1 | MOTION/ORDER UNSEALING INDICTMENT (re Cr Misc No. 321) (CM/ECF ENTRY)(snc) (Entered: 10/20/2004) |
| 12/08/1993 | 2 | INDICTMENT as to Rosa Mae Smiley Williams (1) count(s) 1, Willie Joe Williams (2) count(s) 1, Chico Fernandez Moore (3) count(s) 1, Arlutha W. Smiley (4) count(s) 1, Claudell Smiley (5) count(s) 1, Bridgett Chapple (6) count(s) 1, Francis Williams (7) count(s) 1, Richard Toles (8) count(s) 1, Clarence Smiley (9) count(s) 1, Delacy Caldwell (10) count(s) 1, Clennon Matthews (11) count(s) 1, Ray Henry (12) count(s) 1, J. W. Moore (13) count(s) 1, James Moore (14) count(s) 1, Jody Moore (15) count(s) 1, Marvin Bryant Jr. (16) count(s) 1, Bobby Sanders (17) count(s) 1, Altoria Lewis (18) count(s) 1, William D. Thrash (19) count(s) 1, Fnu Lnu (20) count(s) 1, Michael A. Sanders (21) count(s) 1, Ernest Williams (22) count(s) 1, J. D. Bradberry (23) count(s) 1, Henry L. Murphy (24) count(s) 1, Juanita Hart (25) count(s) 1, Sylvia Matthews (26) count(s) 1, 2, Willie R. Sconiers (27) count(s) 1, 2. (CM/ECF CONVERSION) (snc) (Entered: 10/20/2004) |
| 12/14/1993 | | Arrest of Arlutha W. Smiley (snc, ) (Entered: 10/20/2004) |
| 12/22/1993 | | ARRAIGNMENT held before Judge John Carroll as to Arlutha W. Smiley (4) on 12/22/1993, Plea entered: Not Guilty on counts One. (snc, ) (Entered: 10/20/2004) |
| 04/21/1994 | | CHANGE OF PLEA HEARING held before Judge Ira De Ment as to Arlutha W. Smiley on 4/21/1994; Plea entered: Guilty Count 1. (snc) (Entered: 10/20/2004) |
| 10/20/1994 | | SENTENCING HEARING held before Judge Ira De Ment on 10/20/1994 for Arlutha W. Smiley (snc) (Entered: 10/20/2004) |

| | | |
|---|---|---|
| 10/27/1994 | 900 | JUDGMENT as to Arlutha W. Smiley (4), Count(s) 1, 235 Mos Imp; 5 Yrs Sup Rel; $50SA (cm/ecf conversion). Signed by Judge Ira De Ment on 10/27/94. (snc, ) . (Entered: 11/20/2004) |
| 04/05/2004 | 1549 | DOCKET SHEET of entries prior to cm/ecf conversion as to Arlutha W. Smiley (snc) (Entered: 12/22/2004) |
| 10/01/2004 | 1575 | Pro Se MOTION for Reconsideration (re 2255 Motion) by Arlutha W. Smiley. (Copy furnished Staff Attorney on 10/1/04; cm/ecf conversion entry) (snc) Modified on 8/2/2005: Additional attachment(s) added to correct pdf document (Entered: 12/22/2004) |
| 07/20/2005 | 1585 | NOTICE OF CHANGE OF ADDRESS by Arlutha W. Smiley (FCC Yazoo City [Medium], Post Office Box 5888, Yazoo City, MS 39194-5888)(snc) (Entered: 07/21/2005) |
| 08/02/2005 | 1586 | NOTICE OF CORRECTION re docket entry 1575 Pro Se Motion for Reconsideration (Attachments: # 1 Correct PDF)(snc) (Entered: 08/02/2005) |
| 08/03/2005 | 1587 | ORDER as to Arlutha W. Smiley (terminating 1575 MOTION for Reconsideration re 2255 Motion filed by Arlutha W. Smiley) directing the clerk to: (1) open a civil action under 28:2255, (2) docket Smiley's motion for reconsideration in the newly opened civil case, (3) assign the newly opened case to the Magistrate Judge and District Judge to whom the instant case is assigned; and (4) refer the case file to the appropriate Judge for further proceedings . Signed by Judge Delores R. Boyd on 8/3/05. (snc) (Entered: 08/03/2005) |