IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ARLUTHA W. SMILEY                )
                                 )
        v.                       )        2:05-CV-736-MHT
                                 )              WO
UNITED STATES OF AMERICA         )

**JUDGMENT**

In accordance with the order entered today, it is ORDERED, ADJUDGED, and

DECREED that this case is dismissed, as Arlutha W. Smith has failed to obtain the requisite

order from the Eleventh Circuit Court of Appeals authorizing this court to consider a

successive § 2255 motion.

Done this the 30th day of March, 2006.


            _____/s/ Myron H. Thompson_____
            UNITED STATES DISTRICT JUDGE